THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>DONVEA ADAMS,<br><br>               Defendant. | No. CR20-156 RSM<br><br>ORDER CONTINUING TRIAL |

      THIS COURT has considered the facts and circumstances contained in the Unopposed Motion to Continue Trial. Based on those facts and circumstances, which are incorporated herein by reference and adopted as findings of fact, the Motion is GRANTED.

      THE COURT finds that a failure to grant an extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). The COURT also finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time

ORDER CONTINUING TRIAL- 1
(*United States v. Donvea Adams*, CR 20-156 RSM)

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 237-0677

for effective case preparation, and that these factors outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, THE COURT ORDERS that the trial date be continued to March 16, 2026, and the deadline for pretrial motions to January 16, 2026, and that the period of time from the date of this Order until the new trial date of March 16, 2026, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 18th day of August, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Emma C. Scanlan*
Emma C. Scanlan
Attorney for Donvea Adams

ORDER CONTINUING TRIAL- 2
(*United States v. Donvea Adams*, CR 20-156 RSM)

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98104
(206) 237-0677